IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR278 |
| vs. | |
| KINGSLEY OBINNA ECHEMA | ORDER |
| Defendant. | |

This matter is before the court on government's Motion to Continue Trial [22]. Counsel is seeking additional time to locate the original passport application and submit the same for fingerprint comparison analysis. Due to backlogs within the system, this process is taking longer than expected. For good cause shown,

**IT IS ORDERED** that the government's Motion to Continue Trial [22] is granted as follows:

1. The jury trial, now set for January 2, 2018, is continued to **March 6, 2018**.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 6, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **December 27, 2017.** The objecting party must comply with all requirements of NECrimR 59.2.

Dated this 20th day of December, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge